William A. Klein, appellee, v. George L. Fenner, appellant. Gen. No. 8,260.

Heard in this court at the October term, 1930. Opinion filed January 15, 1931.

Arthur H. Shay, for appellant. Adsit, Thompson & Herr, for appellee.

Mr. Justice Boggs delivered the opinion of the court.